UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| GERMANN SOETH and KARA JANIS,<br><br>Plaintiffs,<br><br>vs.<br><br>MARY MCKINLEY and GEICO INDEMNITY COMPANY d/b/a GEICO,<br><br>Defendants. | DOCKET NO. _____<br><br><br>**COMPLAINT** |

COME NOW Plaintiffs, Germann Soeth and Kara Janis, and set forth their claims for relief against Defendants, Mary McKinley and GEICO Indemnity Insurance:

1. Plaintiff Germann Soeth is a resident of Frederick, Maryland.

2. Plaintiff Kara Janis is a resident of Frederick, Maryland

3. Defendant Mary McKinley is a resident of Colorado Springs, Colorado.

4. Defendant GEICO Indemnity Company d/b/a GEICO is an insurance company primarily doing business in the State of Virginia and selling insurance policies in and to Iowa residents.

5. The court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because Plaintiffs and Defendants are residents of different states.

6. The amount in controversy for each Plaintiff exceeds the jurisdictional requirement of $75,000.

7. Venue is proper in this court pursuant to 28 U.S.C. § 1391(a)(2) because a substantial part of the events giving rise to this action occurred in the Southern District of Iowa, Central Division and both Plaintiffs were involved in the same crash on the same motorcycle.

8. The incident which is the basis of this claim occurred U.S. Highway 34 near Albia, Monroe County, Iowa.

9. On July 5, 2021 at approximately 3:09 p.m., Defendant Mary McKinley was proceeding eastbound on Highway 34 when she crossed the center line.

10. At the aforesaid time and place, Plaintiff Germann Soeth and his passenger, Plaintiff Kara Janis, were traveling west bound on Highway 3 on Germann's Harley Davidson motorcycle at the moment Defendant McKinley crossed the center line which necessitated their taking emergency action to avoid a head on collision.

11. As a result of the incident, Germann Soeth and Kara Janis sustained serious injuries.

12. At the aforesaid time and place, Mary McKinley was negligent in the following particulars:

    a. In failing to have her vehicle under control.

    b. In failing to keep her vehicle within her own lane of travel.

    c. Failing to keep a proper lookout.

    d. Other unspecified acts of negligence.

13. The aforesaid negligence of Defendant Mary McKinley was a proximate cause of this crash and each Plaintiffs resulting injuries and damages.

14. The injuries and damages sustained by both Plaintiffs, Germann Soeth and Kara Janis, are within the scope of Defendant's liability, and said injuries and damages arose from the same general type of conduct that Defendant should have taken reasonable steps to avoid.

15. As a result of Defendant Mary McKinley's negligence, Plaintiffs Germann Soeth and Kara Janis have suffered bodily injuries and has in the past, and will in the future, suffer mental and physical pain and suffering, loss of function of the body past and future, and has, and

will in the future, incur expenses for medical care to treat her injuries as well as economic damages including lost wages and reduced capacity to earn a living.

WHEREFORE, Plaintiffs Germann Soeth and Kara Janis pray for judgment against Defendant Mary McKinley in an amount that will fully and completely compensate them for their injuries and damages, and for interest thereon as provided by law, and for the costs of this action.

## **COUNT II**

16. Plaintiffs re-allege herein each and every allegation set forth above.

17. At all times material hereto, Plaintiff Germann Soeth was a named insured under an automobile insurance policy through GEICO Indemnity Company d/b/a GEICO, and said policy included coverage known as "underinsured motorist" coverage which provides to Plaintiff's insurance benefits.

18. The aforementioned insurance policy was in effect at the time of the July 5, 2021 collision.

19. At the time of the collision with Defendant, the automobile liability insurance carried by Defendant Mary McKinley, and insuring her negligent conduct, is believed to be inadequate to fully compensate the Plaintiffs for their injuries and damages sustained in the collision.

20. Under the above related circumstances and under the terms of the aforementioned policy of insurance, Plaintiffs are entitled to recover damages up to the limits of the underinsured motorist coverage.

WHEREFORE, Plaintiffs pray for judgment against Defendant GEICO Indemnity Company d/b/a GEICO, in an amount that will fully and completely compensate them for the

injuries and damages sustained by them, together with interest thereon as provided by law and for the costs of this action.

WHEREFORE, Plaintiffs Germann Soeth and Kara Janis pray for judgment against Defendant GEICO Indemnity Company d/b/a GEICO in an amount that will fully and completely compensate them for their injuries and damages, and for interest thereon as provided by law, and for the costs of this action.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs hereby demand a jury trial.

_____
TIMM W. REID AT0006547
REID LAW FIRM, P.L.L.C.
The Plaza - Suite 5
300 Walnut Street
Des Moines, Iowa, 50309-2239
Telephone: (515) 381-9842
Facsimile: (515) 219-8746
Email: timm@treidlawfirm.com

ATTORNEY FOR PLAINTIFFS